# IN THE UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| XEROX CORPORATION, a New York corporation, <br><br> Plaintiff, <br><br> vs. <br><br> ERIC JOHNSON, an individual doing business as LA BUSINESS PRINTING, aka LA BUSINESS PRINTING SERVICES, <br><br> Defendant. | Case No.  CV 12-1609-SVW(CW-x) <br><br> **ORDER GRANTING DISMISSAL** <br><br> `JS-6` <br><br> Assigned to Honorable Stephen V. Wilson, United States District Judge <br> Courtroom 6 |

Upon consideration of the Stipulation for Dismissal executed by the **Plaintiff, XEROX CORPORATION, a New York corporation**, (hereinafter "Plaintiff"), and **Defendant, ERIC JOHNSON, an individual doing business as LA BUSINESS PRINTING, aka LA BUSINESS PRINTING SERVICES** (hereinafter "Defendant") (collectively the "Parties"), and good cause appearing:

**IT IS HEREBY ORDERED** that the Stipulation for Dismissal is granted, and this Action is hereby dismissed.

**IT IS SO ORDERED.**

Dated: August 23, 2012

_____
Honorable Stephen V. Wilson,
United States District Judge

E:\USERS\DKRITZER\Clients\XEROX\LA Business Printing\Order Granting Dismissal of Case.wpd

1

**ORDER GRANTING DISMISSAL**