# IN THE UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| XEROX CORPORATION, a New York corporation,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>ERIC JOHNSON, an individual doing business as LA BUSINESS PRINTING, aka LA BUSINESS PRINTING SERVICES,<br><br>　　　　　　Defendant. | Case No. CV 12-1609-SVW(CW-x)<br><br>**ORDER GRANTING DISMISSAL**<br><br>`JS-6`<br><br>Assigned to Honorable Stephen V. Wilson, United States District Judge<br>Courtroom 6 |

Upon consideration of the Stipulation for Dismissal executed by the **Plaintiff, XEROX CORPORATION, a New York corporation**, (hereinafter "Plaintiff"), and **Defendant, ERIC JOHNSON, an individual doing business as LA BUSINESS PRINTING, aka LA BUSINESS PRINTING SERVICES** (hereinafter "Defendant") (collectively the "Parties"), and good cause appearing:

**IT IS HEREBY ORDERED** that the Stipulation for Dismissal is granted, and this Action is hereby dismissed.

**IT IS SO ORDERED.**

Dated: August 23, 2012

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Honorable Stephen V. Wilson,
　　　　　　　　　　　　　　　　　　　　　United States District Judge