**IN THE UNITED STATES DISTRICT COURT FOR THE**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| XEROX CORPORATION, a New York corporation, <br><br> Plaintiff, <br> vs. <br><br> ERIC JOHNSON, an individual doing business as LA BUSINESS PRINTING, aka LA BUSINESS PRINTING SERVICES, <br><br> Defendants. | Case No. CV 12-1609-SVW (CW-x) <br><br> ORDER VACATING DISMISSAL AND ENTERING JUDGMENT |

**TO THE COURT, THE DEFENDANT AND ALL OTHER INTERESTED PARTIES:**

This action having been commenced by the filing of a Complaint by Plaintiff XEROX CORPORATION, a New York corporation, (hereinafter referred to as the "Plaintiff"), and issuance of a Summons on February 24, 2012, and a copy of said Summons and Complaint having been served upon the Defendant ERIC JOHNSON, an individual doing business as LA BUSINESS PRINTING, aka LA BUSINESS PRINTING SERVICES (hereinafter referred to as the "Defendant").  Thereafter, the parties entered into a written settlement agreement and a Dismissal was entered by the Court on August 23, 2012.

The Court having received and reviewed the Plaintiff's Motion to Vacate Order of Dismissal and Enter Judgment Pursuant to Written Agreement in this matter submitted pursuant to Federal Rules of Civil Procedure, and the contents of the Court's file, and good cause appearing therefor:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:**

1)   The Dismissal entered on August 23, 2012 is vacated and Judgment shall be entered against Defendant, ERIC JOHNSON, an individual doing business as LA BUSINESS

1 | PRINTING, aka LA BUSINESS PRINTING SERVICES, in the following amounts:

2 | Principal amount of $112,179.63 minus payment of $1,952.18;

3 | Interest at the rate of 18% per annum from December 12, 2009 to October 25, 2012 in

4 | the sum of $57,976.89;

5 | Attorney's fees in the sum of $3,550.00;

6 | Court costs in the sum of $410.72;

7 | Grand Total: $172,165.06

8 | 2) **IT IS FURTHER ORDERED** that a Default Judgment be entered entitling Plaintiff

9 | to possession of the following XEROX equipment identified by their respective serial

10 | numbers under the Agreement:

11 | a)   Xerox D252XC, Serial No. DUX194151; and

12 | b)   Xerox EXP252, Serial No. EEA014275

14 | **IT IS SO ORDERED.**

15 | DATED: January 2, 2013

16 | The Hon. Stephen V. Wilson
United States District Judge

# PROOF OF SERVICE

STATE OF CALIFORNIA      )
                         )
COUNTY OF LOS ANGELES    )

      I am employed in the County of Los Angeles, State of California.  I am over the age of eighteen and not a party to the within action.  My business address is Hemar, Rousso & Heald, LLP. ("the business") 15910 Ventura Boulevard, 12th Floor, Encino, CA  91436.

      I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would be deposited with the United States Postal Service the same day of deposit in the ordinary course of business.

      On December 26, 2012, I served the foregoing document described as ORDER VACATING DISMISSAL AND ENTERING JUDGMENT on the interested parties in this action by placing a true and correct copy thereof in a sealed envelope addressed as follows:

Eric Johnson
c/o Stephen L. Burton, Esq.
LAW OFFICES OF STEPHEN L. BURTON
15260 Ventura Blvd., Suite 640
Sherman Oaks, California 91403

      At my business address, I placed such envelope for deposit with the United States Postal Service by placing them for collection and mailing on that date following ordinary business practices.

__     I delivered such envelope(s) by hand to the offices of the addressees.

__     I caused such copies to be facsimiled to the persons set forth.

__     (State)  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_XX_  (Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  I am employed in the office of a member of the bar of this court at whose direction the service was made.

      Executed on December 26, 2012 at Encino, California.

                                            s/s Tammy Dunn

                                            _____
                                            TAMMY DUNN